PO JED

| PROB 22 (Rev. 2/88) | | CASE NUMBER *(Tran. Court)* 00-CR-660-03 |
| --- | --- | --- |
| **TRANSFER OF JURISDICTION** | | CASE NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASE | DISTRICT Eastern District of Pennsylvania | DIVISION |
| --- | --- | --- |
| Krug, Michael | NAME OF SENTENCING JUDGE Bruce W. Kauffman | |

| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 12/24/03 | TO 12/23/08 |
| --- | --- | --- | --- |

Count One); Interference with commerce by robbery (count Two); and Use ee).

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>Eastern District of Pennsylvania</u>

        IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Western District of North Carolina upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_____11/15/07_____
*Date*

_____
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>Western District of North Carolina</u>

        IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____12.2.07_____
*Effective Date*

_____
*United States District Judge*